UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN THE MATTER OF THE ) <br> EXTRADITION OF              ) <br> ALEXANDER HILTON          ) <br>                            ) <br>                            ) | Magistrate No. 13-7043-JCB |

## EXTRADITION CERTIFICATION

These extradition proceedings were commenced by the United States pursuant to 18 U.S.C. § 3184 and the Treaty on Extradition between the United States and the United Kingdom of 2003, see, Extradition Treaty between the Government of the United States and the Government of the United Kingdom of Great Britain and Northern Ireland, and related Exchanges of Letters, signed on March 31, 2003, and the Instrument as completed by Article 3(2) of the Agreement on Extradition between the Government of the United States and the Government of the European Union signed 25 June 2003, as to the application of the Treaty on Extradition between the Government of the United States and the Government of the United Kingdom of Great Britain and Northern Ireland, with related exchanges of notes, signed at London December 16, 2004. The Annex to the Instrument reflects the integrated text of the provisions of the 2003 Treaty and the Agreement on Extradition between the United States of America and the European Union signed 25 June 2003 (hereinafter "Treaty"). Alexander Hilton (hereinafter "defendant") was arrested at the request of the

-1-

United Kingdom on February 13, 2013. Pursuant to the Treaty, the United Kingdom authorities presented a formal request for the defendant's extradition on October 11, 2012, supported by appropriate documentation.

The defendant's extradition is sought by the United Kingdom for prosecution for the offense of attempted murder. On March 7, 2013, this Court conducted an extradition hearing pursuant to 18 U.S.C. § 3184. Based on consideration of the documentary evidence introduced on behalf of the United Kingdom, the defendant's opposition to extradition, oral arguments of counsel, and written memoranda, the Court finds that the terms of the Treaty and 18 U.S.C. § 3184 have been met.

Specifically, the Court finds the following:

1. That there is an extradition treaty in force between the United States and the United Kingdom, namely, the Treaty, and this Court has jurisdiction in this matter;

2. That there is a criminal charge pending against the defendant in the United Kingdom charging him with attempted murder, in violation of Scottish common law;

3. That the crime with which the defendant is charged is an extraditable offense within the terms of Article 2 of the Treaty;

4. That the defendant who appeared before this Court is the same person who is charged in Scotland, United Kingdom, in an

order of arrest issued on December 2, 2011, by Charles N. MacNair, Queen's Counsel, Sheriff of Tayside Central and Fife at Cupar upon a petition presented by the Procurator Fiscal of Court for the Public Interest; and

5. That the evidence establishes probable cause to believe that the defendant committed the charged offense.

For the foregoing reasons, and for reasons further set forth in the Memorandum of the Court issued on May 3, 2013, this matter is certified to the Secretary of State in order that a warrant may issue for the surrender of the defendant to the proper authorities of the United Kingdom in accordance with the Extradition Treaty between the United States of America and the United Kingdom.

It is further

**ORDERED** that the United States Attorney for this judicial district shall forward a copy of this Certification and Order together with a copy of all transcripts of proceedings and copies of documents received into evidence in this matter, to the Secretary of State.

**ENTERED** this 17th day of May, 2013, at Boston, Massachusetts.

Jennifer C. Boal
UNITED STATES MAGISTRATE JUDGE